PEER BEARING CO., PLAINTIFF AND DEFENDANT-INTERVENOR *v.* UNITED STATES, DEFENDANT, AND THE TIMKEN CO., DEFENDANT-INTERVENOR AND PLAINTIFF, AND L & S BEARING CO., LUOYANG BEARING FACTORY, SHANGHAI GENERAL BEARING CO., LTD., DEFENDANT-INTERVENORS

Consolidated Court No. 97–01–00023

(Dated December 7, 1998)

JUDGMENT

TSOUCALAS, *Senior Judge:* This Court, having received and reviewed the United States Department of Commerce, International Trade Administration's (Commerce) *Final Results of Redetermination Pursuant to Court Remand, Peer Bearing Company v. United States, Slip Op. 98–70, May 27, 1998, Court No. 97–01–00023* ("Remand Results") filed August 26, 1998, upon finding that commerce complied with the Court's remand order, and no comments to the Remand Results having been received, hereby

ORDERS that the Remand Results are affirmed in their entirety; and further

ORDERS that, all other issues having been decided, this case is dismissed.